**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7427**
_____

HERBERT ALONZO ROBINSON,

        Plaintiff – Appellant,

     v.

SERGEANT JILL WILSON, a/k/a Wilson; LOGAN FEY, a/k/a Frye;
JOHN DOES, in their individual capacity including any and
all Jane Does; MICHELLE REDDEN, a/k/a Ms. Redden; SERGEANT
CHRISTINE HARRISON, a/k/a Sergeant Harrison; SERGEANT BRIAN
DUVAL, a/k/a Sergeant Duval,

        Defendants – Appellees,

     and

STEPHANIE SINGLETON,

        Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(8:11-cv-02285-RBH)

_____

Submitted:  December 12, 2012     Decided:  December 18, 2012

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Herbert Alonzo Robinson, Appellant Pro Se.  Hugh Wilcox Buyck,
Gordon Wade Cooper, BUYCK LAW FIRM, Charleston, South Carolina;

Elloree Ann Ganes, Thomas Happel Scurry, HOOD LAW FIRM, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Alonzo Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Wilson, No. 8:11-cv-02285-RBH (D.S.C. Aug. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED